Frederick W. Alworth
Robert C. Brady
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

*Attorneys for Plaintiff*
*McLane Foodservice, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| McLANE FOODSERVICE, INC., a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>READY PAC PRODUCE, INC. a California Corporation, TANIMURA & ANTLE, INC., a California Corporation, and ABC COMPANIES I-V,<br><br>Defendants. | ***Document Filed Electronically***<br><br>Civil Action No. 10-6076 (RMB) (JS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** having been resolved by and between the parties, it is hereby stipulated and agreed that all claims, by and between the parties are hereby dismissed with prejudice and without fees or costs against any party.

By: s/ Frederick W. Alworth
    Frederick W. Alworth
    **GIBBONS P.C.**
    One Gateway Center
    Newark, NJ 07102-5310
    (973) 596-4500

    *Attorneys for Plaintiff*
    *McLane Foodservice, Inc.*

Dated: November 16, 2012

By: s/ Joshua E. Swiger
    Joshua E. Swiger
    **WEINBERG, WHEELER, HUDGINS,**
    **GUNN & DIAL, LLC**
    3344 Peachtreet Rd., NE, Suite 2400
    Atlanta, Georgia 30326
    (404) 876-2700

    *Attorneys for Defendant*
    *Ready Pac Produce, Inc.*

Dated: November 16, 2012

By: s/ Anthony J. Sylvester
Anthony J. Sylvester
**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP**
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

*Attorneys for Defendant Tanimura & Antle, Inc.*

Dated: November 16, 2012